1  Sheila M. Salomon (SBN: 164619)
   Andrew L. Chang (SBN: 222309)
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:    415.544.1900
4  Facsimile:    415.391.0281

5  Attorneys for Plaintiffs
   FONOVISA, INC.; ELEKTRA ENTERTAINMENT
6  GROUP INC.; CAPITOL RECORDS, INC.; MOTOWN
   RECORD COMPANY, L.P.; UMG RECORDINGS, INC.;
7  ATLANTIC RECORDING CORP.; WARNER BROS.
   RECORDS INC.; ARISTA RECORDS LLC; VIRGIN
8  RECORDS AMERICA, INC.; MAVERICK RECORDING
   CO.; LONDON-SIRE RECORDS INC.; LOUD
9  RECORDS, LLC; PRIORITY RECORDS LLC;
   INTERSCOPE RECORDS; SONY BMG MUSIC
10 ENTERTAINMENT; AND BMG MUSIC

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; LONDON-SIRE RECORDS INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br>      v.<br><br>DOES 1 – 150<br><br>          Defendants. | Case No. 05-4941 ~~BZ~~ CRB<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

1     Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take Immediate
2 Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, and Plaintiffs' Request
3 for Judicial Notice, it is hereby:

4     ORDERED that Plaintiffs may serve immediate discovery on SBC Internet Services, Inc. to
5 obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information
6 sufficient to identify each Doe Defendant, including the name, address, telephone number, e-mail
7 address, and Media Access Control addresses for each Defendant. The disclosure of this information
8 is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

9     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act.

12     ~~Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus cannot~~
13 ~~pursue their lawsuit to protect their copyrighted works from repetitive, rampant infringement.~~

15 Dated: January 3, 2006

16 _____
United States District Judge

