Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:  (213) 572-4300
Facsimile:   (213) 572-4400

Attorneys for Plaintiffs
FONOVISA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; MAVERICK RECORDING CO.; LONDON-SIRE RECORDS INC.; LOUD RECORDS, LLC; PRIORITY RECORDS LLC; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONOVISA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; LONDON-SIRE RECORDS INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>                    Plaintiffs,<br><br>     vs. | Case No.: 05-CV-4941-CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-150** |

1

#1380 v1

1  DOES 1 - 150,
2               Defendants.
3
4
5       Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily
6  dismiss Does 1-150, without prejudice.  Each party will bear its own costs.
7
8  Dated:  March 17, 2006                Respectfully submitted,
9                                        LEEMORE LIBESMAN
10                                       HOLME ROBERTS & OWEN LLP
11
12                                       By:        /s/ Leemore Libesman
13                                            Leemore Libesman
                                              Attorneys for Plaintiffs
14                                            FONOVISA, INC.; ELEKTRA
                                              ENTERTAINMENT GROUP INC.; CAPITOL
15                                            RECORDS, INC.; MOTOWN RECORD
                                              COMPANY, L.P.; UMG RECORDINGS, INC.;
16                                            ATLANTIC RECORDING CORP.; WARNER
                                              BROS. RECORDS INC.; ARISTA RECORDS
17                                            LLC; VIRGIN RECORDS AMERICA, INC.;
                                              MAVERICK RECORDING CO.; LONDON-
18                                            SIRE RECORDS INC.; LOUD RECORDS, LLC;
                                              PRIORITY RECORDS LLC; INTERSCOPE
19                                            RECORDS; SONY BMG MUSIC
                                              ENTERTAINMENT; and BMG MUSIC
20
21
22
23                                       March 17, 2006
24
25
26
27
28



2

NOTICE OF VOLUNTARY DISMISSAL
Case No. 05-CV-4941 CRB

#1380 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:05-cv-04941-CRB   Document 17   Filed 03/20/06   Page 3 of 3

1

#1380 v1